UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

RICKEY CALLOWAY                                             PETITIONER

v.                                        CIVIL ACTION NO. 3:13CV-75-CRS
                                                  CRIMINAL ACTION NO. 3:07CR-25-CRS

UNITED STATES OF AMERICA                              RESPONDENT

## ORDER

This matter having come before the court for consideration of the Findings of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Judge (hereinafter the "Report"), and the court having considered Calloway's objections to the Report and having conducted a *de novo* review of the record and those portions of the Report to which there was objection, and for the reasons set forth in the Memorandum Opinion entered herein this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the Findings of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Judge (DN 411) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY WITH THE EXCEPTION OF THE LAST PARAGRAPH OF PAGE 22.** Calloway's petition will be denied and dismissed with prejudice by separate judgment. A Certificate of Appealability will be denied as to each claim asserted in the petition for the reasons stated in subsection AA of the Memorandum Opinion entered this date.

May 31, 2016

**IT IS SO ORDERED.**

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:     Counsel of Record
        Rickey Calloway, *pro se*